UNITED STATES ex rel. JENSEN v. CRINER, County Assessor, et al.

(Circuit Court of Appeals, Eighth Circuit. March 4, 1920.)

No. 5524.

In Error to the District Court of the United States for the Western District of Arkansas; Frank A. Youmans, Judge.

Mandamus by the United States, on the relation of Andrew Jensen, against J. R. Criner, as Assessor of Newton County, and others. Judgment for defendants, and the relator brings error. Reversed and remanded, with instructions.

C. P. Anderbery, of Minden, Neb. (John F. Clifford, of Little Rock, Ark., on the brief), for plaintiff in error.

Before SANBORN and CARLAND, Circuit Judges, and VAN VALKENBURGH, District Judge.

CARLAND, Circuit Judge. This case is ruled by U. S. ex rel. Frank Pierce, Plaintiff in Error, v. H. W. Cargill, as Assessor of Van Buren County, et al., Defendants in Error, 263 Fed. 856, —— C. C. A. ——, this day decided.

Judgment below reversed, and the case remanded to that court, with instructions to issue a writ of mandamus as prayed.